# DREYER BOYAJIAN LLP
## ATTORNEYS AND COUNSELLORS AT LAW
### 75 COLUMBIA STREET
### ALBANY, NY 12210
TELEPHONE: (518) 463-7784
FACSIMILE (518) 463-4039

WILLIAM J. DREYER
DONALD W. BOYAJIAN
DANIEL J. STEWART
BRIAN W. DEVANE
JOHN B. CASEY
CRAIG M. CRIST
JAMES R. PELUSO
LYNNE A. HUTTER

CHRISTOPHER A. AMATO
CHRISTOPHER M. SCARINGE
(of counsel)

SARATOGA COUNTY OFFICE
358 BROADWAY
SARATOGA SPRINGS, NY 12866
(518) 583-6697

September 1, 2005

Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building & Courthouse
15 Henry Street
Binghamton, New York 13901

**Re:**     **Blake v. Coughlin, et al.**
            **9:92-CV-1351 (TJM/GJD)**

Dear Judge McAvoy:

On behalf of Plaintiff William Blake, Jr., I am submitting an Amended Exhibit List and Amended Proposed Jury Instructions. Mr. Blake brought to my attention several omissions and typographical errors in the first exhibit list and that I erroneously quoted the current DOCS regulations concerning Administrative Segregation instead of the regulations in effect while he was confined at Shawangunk. These amended submissions rectify those errors. Thank you.

Respectfully,

DREYER BOYAJIAN LLP

By:     s/
            John B. Casey
            Bar Roll No.: 508187
            jcasey@dreyerboyajian.com

JBC:kjb
Enc.

cc:     Bruce Boivin (Via Electronic Filing)
        William Blake, Jr. (Via US Mail)