Tuesday, September 13, 2005 - Albany, N.Y.
Hon. Thomas J. McAvoy, Presiding
Clerk:       M. Price
Steno:      B. Buckley
LC:          JC


WILLIAM BLAKE, JR.

     vs.                    CIVIL NO.  9: 92-CV-1351

JOAN F. COUGHLIN, DONALD SELSKY,
LOUIS F. MANN &  ROBERT CUNNINGHAM


APPEARANCES:    William Blake, Jr., Pro Se Pltf; DREYER, BOYAJIAN LAW FIRM BY: John Casey, Esq., Standby Advisory Pro Bono Counsel;   NYS DEPARTMENT OF LAW BY:  Bruce Boivin, Esq., AAG for Defts


| Time | Event |
|---|---|
| 9:30 AM | In chambers.  Mr. Casey and Mr. Boivin are present. |
| 10:30 AM | Court meets.  Mr. Blake is present.  Jury selection conducted. |
| 12:15 PM | Jury sworn w/ 8 jurors impaneled.   Judge gives preliminary charge to jury. |
| 12:30 PM | Jury is discharged to 1:30 P.M. |
| 1:30 PM | In court; outside presence of jury, discussion held re: exhibits. |
| 1:48 PM | Jury enters.  Opening statements begin. |

<u>Witness for Plaintiff</u>

Louis F. Mann

| Time | Event |
|---|---|
| 3:15 PM | Short break. |
| 3:30 PM | Mann testimony continues. |
| 4:00 PM | Jury is discharged to 11:00 AM on 9/14/05.  Counsel remains for evidentiary argument. |
| 4:05 PM | Court stand adjourned. |